**O**

1
2
3
4
5
6
7
# United States District Court
# Central District of California

10

| | |
|---|---|
| EZEKIO MADAMBA. | Case № 2:21-cv-06367-ODW (GJSx) |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO** |
| CASCADE COLLECTIONS, INC. et al., | **DISMISS AS MOOT [18]** |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///
///

On September 3, 2021, Defendant Cascade Collections, Inc. served Plaintiff Ezekio Madamba with a Federal Rule of Civil Procedure 12(b)(2) motion to dismiss in this case.  (ECF No. 18.)  On September 13, 2021, less than twenty-one days later, Plaintiff filed a First Amended Complaint.  (ECF No. 22.)   Federal Rule of Civil Procedure 15(a)(1) allows plaintiffs to file an amended complaint once as a matter of course within twenty-one days of service with a Rule 12(b) motion.   Therefore, Plaintiff's amended complaint was proper.  As the pending motion to dismiss was based on a complaint that is no longer operative, the motion is **DENIED** as **MOOT**. *See Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

September 13, 2021

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**